DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HALEY RUTH ALBERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-527

_____

December 1, 2023

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.


_____

Opinion subject to revision prior to official publication.